ANNIE CASEY, as Administratrix, etc., Respondent, v INTERBOROUGH

RAPID TRANSIT COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $27,002.47; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.